1

2

3

4

5

6                              **UNITED STATES DISTRICT COURT**

7                              EASTERN DISTRICT OF CALIFORNIA

8

9    SPENCER ALAN GILBERT,                    Case No. 1:15-cv-01757- SMS

10

11                 Plaintiff,

              v.                              ORDER SCREENING FIRST AMENDED
12                                            COMPLAINT

13   CAROLYN W. COLVIN, Commissioner of
     Social Security,

14                 Defendant.                 (Doc. 5)

15

16         Plaintiff Spencer Alan Gilbert, proceeding *pro se*, sought review of a decision of the

17   Commissioner of Social Security denying his application for disability insurance benefits and for

18   supplemental security income under the Social Security Act (42 U.S.C. § 301 *et seq.*).  On

19   December 30, 2015, the Court dismissed Plaintiff's complaint for failure to state a claim.  Plaintiff

20   was granted leave to file an amended complaint to remedy the deficiencies. Doc. 3.  Plaintiff has

21   since filed an amended complaint ("First Amended Complaint").  Doc. 5.

22

23         Having screened the First Amended Complaint under 28 U.S.C. § 1915(a),[1] the Court finds

24   Plaintiff has set forth a cognizable claim.  Service of the complaint upon the Commissioner is now

25   appropriate.

26

27   ──────────────────────
     [1] Under 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of the complaint to
28   determine whether it "is frivolous or malicious," "fails to state a claim on which relief may be
     granted," or "seeks monetary relief against a defendant who is immune from such relief."

                                               1

Accordingly,

**(1)** The Clerk of the Court is directed to issue the summons and new case documents, send Plaintiff a copy of this order, a USM285 form, an instruction sheet, and the First Amended Complaint.

**(2)** Within 30 days from the date of this order, Plaintiff shall complete the following requirements for service of the First Amended Complaint:

      (a) properly complete and sign the attached Notice of Submission of Documents form;

      (b) properly complete the summons form;

      (c) properly complete a USM-285 form;

      (b) submit five (5) copies of the First Amended Complaint; and

      (e) provide the completed forms and copies of the complaint to the Clerk of Court.

**(3)** Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of all the documents listed above in section **(2)**, the Court will issue an order directing the Clerk to forward the completed forms to the United States Marshal to serve the named Defendants under Rule 4 of the Federal Rule of Civil Procedure, without payment of costs.

**(4)** Plaintiff's failure to comply with this order within 30 days may result in dismissal of the action.

IT IS SO ORDERED.

    Dated:   **January 11, 2016**                    **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE